

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

M S INTERNATIONAL, INC., an
Indiana corporation

                  Plaintiff,

    vs.

FQI CHARLOTTE LLC dba FIRST
QUALITY INTERIORS, a North
Carolina limited liability company;
CHRIS J. LOUCY, an individual;
CHRISTINE L. LOUCY, an individual;
and DOES 1 through 10, inclusive,

                  Defendants.

CASE NO. 8:21-cv-00939-JVS-ADSx

Presiding Judge:
Honorable James V. Selna
Courtroom 10C, Santa Ana

**DEFAULT JUDGMENT BY CLERK**

**[Fed. Rules Civ. Proc., Rule 55(b)(1)]**

      The Plaintiff MS International, Inc.'s (MSI) Motion for Default Judgment was presented to the Court for determination pursuant to Court Order, after Default was entered on December 28, 2022.  (Dkt No. 41.)

      On determination by the Court that the Default Judgment was based on a "Sum Certain" from the invoices and account summary provided as evidence in the motion, the Clerk considered the Motion for Default Judgment, and upon finding that judgment can be entered on a "Sum Certain", the Clerk entered default judgment as follows:

-1-

1.    Plaintiff MSI shall be awarded damages in the amount of $155,269.95, a "sum certain" based on the outstanding balance owed in defendant FQI's credit based open account;

2.    Plaintiff MSI shall be awarded pre-judgment interest, calculated at 18% annum per the Credit Application, from April 24, 2021 to April 24, 2023, at $65.70 per diem, for a total pre-judgment interest of $47,961.

DATED:    March 10, 2023

_Evelyn Sprague_
Deputy Clerk

**Gordon Rees Scully Mansukhani, LLP**
**5 Park Plaza, Suite 1100**
**Irvine, CA 92614**

-2-

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT
U.S Dist. Case No. 8:21-CV-00939-JVS